# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-05-00209-CR

**Leland Al Craig, III, Appellant**

v.

**The State of Texas, Appellee**

### FROM THE DISTRICT COURT OF BURNET COUNTY, 33RD JUDICIAL DISTRICT NO. 30841, HONORABLE GUILFORD L. JONES, III, JUDGE PRESIDING

### M E M O R A N D U M   O P I N I O N

Appellant's motion to withdraw notice of appeal is granted. *See* Tex. R. App. P. 42.2(a). The appeal is dismissed.

_____

G. Alan Waldrop, Justice

Before Chief Justice Law, Justices Pemberton and Waldrop

Dismissed on Appellant's Motion

Filed:  November 22, 2005

Do Not Publish